JS-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANH TRAN,<br><br>      **Plaintiff(s),**<br><br>      v.<br><br>MOTOROLA, INC, ET AL,<br><br>      **Defendant(s).** | **CASE NO.** SA CV10-1611-DOC(VBKx)<br><br>ORDER DISMISSING CIVIL ACTION |

The Court issued an Order to Show Cause re: Dismissal for Lack of Prosecution on February 4, 2011. Plaintiff was ordered to show cause in writing no later than February 22, 2011, why this action should not be dismissed. Plaintiff has failed to file any response to the Order to Show Cause.

IT IS ORDERED that this action is hereby dismissed without prejudice for lack of prosecution.

DATED: February 25, 2011

_/s/ David O. Carter_

DAVID O. CARTER
United States District Judge